# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE and the METROPOLITAN NASHVILLE AIRPORT AUTHORITY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Case No.: _____ |
| BILL LEE, in his official capacity as Governor of the State of Tennessee; RANDY McNALLY, in his official capacity as Speaker of the Senate of the State of Tennessee; and CAMERON SEXTON, in his official capacity as Speaker of the House of Representatives of the State of Tennessee, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

COME NOW Plaintiffs the Metropolitan Government of Nashville and Davidson County, Tennessee ("Metro Nashville") and the Metropolitan Nashville Airport Authority ("MNAA") (collectively "Plaintiffs"), by and through counsel, and file this Motion for a Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65. In support of their Motion, Plaintiffs rely upon the Complaint, a Memorandum of Law, and the Declarations of D. Kirk Shaffer, William D. Bradley, and Andrew Byrd and other exhibits filed contemporaneously and incorporated herewith.

Respectfully submitted,

DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
WALLACE W. DIETZ (#009949)
DIRECTOR OF LAW

*/s/ Wallace W. Dietz*
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
wally.dietz@nashville.gov

*/s/ Robert E. Cooper, Jr.*
BASS, BERRY & SIMS, PLC
ROBERT E. COOPER, JR. (#010934)
JEFFREY P. YARBRO (#024207)
WESLEY S. LOVE (#036860)
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200
bob.cooper@bassberry.com
jyarbro@bassberry.com
wesley.love@bassberry.com

*Counsel for Metro Nashville*

*/s/ Phillip F. Cramer*

SPERLING KENNY NACHWALTER LLC
PHILLIP F. CRAMER (#020697)
W. CAMPBELL HAYNES (#038055)
1221 Broadway, Suite 2140
Nashville, Tennessee 37203
pcramer@sperlingkenny.com
chaynes@sperlingkenny.com

*Counsel for Metropolitan Nashville Airport
Authority*

2

## CERTIFICATE OF SERVICE

I certify that the foregoing will be served contemporaneously with the Complaint in this matter.

/s/ Robert E. Cooper, Jr.

Case 3:26-cv-00793    Document 2    Filed 06/10/26    Page 3 of 3 PageID #: 124