# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

THE METROPOLITAN GOVERNMENT OF    )
NASHVILLE AND DAVIDSON COUNTY,    )
TENNESSEE, ET AL.,    )
    )
    Plaintiffs,    )
    )
v.    )    Civil No. 3:26-cv-793
    )    Judge Trauger
BILL LEE, ET AL.,    )
    )
    Defendants.    )

## ORDER

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment

to another judge.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge