**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, and the METROPOLITAN NASHVILLE AIRPORT AUTHORITY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | NO. 3:26-cv-00793 |
| v. | ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES |
| BILL LEE, in his official capacity as Governor of the State of Tennessee; RANDY McNALLY, in his official capacity as speaker of the Senate of the State of Tennessee; and CAMERON SEXTON, in his official capacity as Speaker of the House of Representatives of the State of Tennessee | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## <u>ORDER</u>

Pending before the Court is Plaintiffs' Motion to Ascertain Status of Plaintiffs' Motion for Preliminary Injunction. (Doc. No. 25). The motion is **GRANTED**. A hearing[1] on the motion for preliminary injunction is set for Wednesday, August 5, 2026, at 2:30 p.m. at the Fred D. Thompson United States Courthouse and Federal Building, 719 Church Street, Nashville, Tennessee, in Courtroom 6B. Absent extraordinary circumstances, the hearing will conclude that day.

By noon on July 29, 2026, the parties shall file the following: (1) any affidavits; (2) witness lists; (3) exhibit lists; (4) any depositions and/or deposition designations; (5) any stipulations; and (6) any motions in limine. No witness shall testify live at the hearing unless the party calling such witness has identified and made the witness available for a deposition prior to the hearing. Before

---

[1] The Court received a call from one of the attorney's offices inquiring as to the setting of the preliminary hearing. The parties are reminded that the appropriate vehicle for requesting a hearing to be set is to file a motion.

the hearing date, counsel for the parties shall meet and confer in person to determine whether an agreement can be reached concerning injunctive relief.

Defendants are instructed to file a status update on or before July 31, 2026, regarding any substantive rulings in the case *In re: Chattanooga Metropolitan Airport Authority and City of Chattanooga, Tennessee*, Case No. 26-1166, filed in the U.S. Circuit Court of Appeals for the District of Columbia Circuit on June 22, 2026.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE