# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| Metropolitan Nashville Airport Authority, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:26-cv-00793 |
| Bill Lee, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Metropolitan Nashville Airport Authority                        .

Date:    07/06/2026

/s/ George H. Cate, III
*Attorney's signature*

George H. Cate, III (#12595)
*Printed name and bar number*

One 22 One
1221 Broadway, Suite 2400
Nashville, TN 37203

*Address*

gcate@bradley.com
*E-mail address*

(615) 244-2582
*Telephone number*

(615) 252-6380
*FAX number*