# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE and the METROPOLITAN NASHVILLE AIRPORT AUTHORITY, <br><br> Plaintiffs, <br><br> v. <br><br> BILL LEE, in his official capacity as Governor of the State of Tennessee; RANDY McNALLY, in his official capacity as Speaker of the Senate of the State of Tennessee; and CAMERON SEXTON, in his official capacity as Speaker of the House of Representatives of the State of Tennessee, <br><br> Defendants. | Case No.: 3:26-cv-00793 <br><br> Judge Campbell |

---

## NOTICE OF INTENT TO FILE BRIEF IN OPPOSITION TO MOTION TO SUBSTITUTE COUNSEL

---

Plaintiff Metropolitan Government of Nashville and Davidson County, Tennessee ("Metro") respectfully submits this Notice of Intent to file a brief in opposition to the Motion to Substitute Counsel for the Metropolitan Nashville Airport Authority ("MNAA") filed today, July 6, 2026, by Bradley Arant Boult Cummings, LLP. This Notice, while styled as a substitution of counsel, is neither routine nor agreed upon, and it should not be resolved as a ministerial matter

before Metro Nashville's Brief in Opposition is submitted for the Court's consideration on or before July 20, 2026, pursuant to Local Rule 7.01(a)(3).

The Motion to Substitute presupposes that the state-appointed board – putatively seated pursuant to the challenged 2026 Act – purporting to direct MNAA and retain the movant is lawfully authorized to speak for MNAA in this litigation. Whether that board may act for MNAA is intertwined with the question at the heart of this case: whether the 2026 Act is preempted by Section 757 of the FAA Reauthorization Act of 2024 and the Supremacy Clause of the United States Constitution. The pending motion for preliminary injunction addresses the same issues and has been set for argument on August 5, 2026.

Accordingly, Metro Nashville respectfully provides notice to the Court of its intent to submit a Brief in Opposition to the Motion to Substitute Counsel, which is accordingly not ripe for resolution as a ministerial matter.

<div style="margin-left:50%">

Respectfully submitted,

DEPARTMENT OF LAW OF THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY
WALLACE W. DIETZ (#009949)
DIRECTOR OF LAW

*/s/ Wallace W. Dietz*
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
wally.dietz@nashville.gov

*/s/ Robert E. Cooper, Jr.*
BASS, BERRY & SIMS, PLC
ROBERT E. COOPER, JR. (#010934)
JEFFREY P. YARBRO (#024207)
WESLEY S. LOVE (#036860)
21 Platform Way South, Suite 3500

</div>

Nashville, Tennessee 37203
(615) 742-6200
bob.cooper@bassberry.com
jyarbro@bassberry.com
wesley.love@bassberry.com

*Counsel for Metro Nashville*

## CERTIFICATE OF SERVICE

I certify that on July 6, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, which includes:

Phillip F. Cramer
W. Campbell Haynes
SPERLING KENNY NACHWALTER LLC
1221 Broadway, Suite 2140
Nashville, Tennessee 37203
pcramer@sperlingkenny.com
chaynes@sperlingkenny.com

*Attorneys for FAA-Approved Metropolitan Nashville Airport Authority*

Tyler S. Sanders
Laurel K. Hall
Office of the Tennessee Attorney General
Financial Division
P.O. Box 20207
Nashville, TN 37202
tyler.sanders@ag.tn.gov
laurel.hall@ag.tn.gov
(615) 313-5789
(615) 532-7867

*Attorneys for the Defendants*

George H. Cate III
James L. Murphy III
Timothy A. Rodriguez
Bradley Arant Boutlt Cummings, LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
gcate@bradley.com
jmurphy@bradley.com
trodriguez@bradely.com

*Attorneys for Movants*

/s/ Robert E. Cooper, Jr.