# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

THE METROPOLITAN GOVERNMENT )
OF NASHVILLE AND DAVIDSON )
COUNTY, TENNESSEE and the )
METROPOLITAN NASHVILLE AIRPORT )
AUTHORITY, )
      )
      **Plaintiffs,** )
      )
**v.** )     **Case No.: 3:26-cv-00793**
      )
BILL LEE, in his official capacity as )     **Judge Campbell**
Governor of the State of Tennessee; RANDY )
McNALLY, in his official capacity as )
Speaker of the Senate of the State of )
Tennessee; and CAMERON SEXTON, in his )
official capacity as Speaker of the House of )
Representatives of the State of Tennessee, )
      )
      **Defendants.** )

---

## NOTICE OF INTENT TO FILE BRIEF IN RESPONSE TO
## MOTION TO SUBSTITUTE COUNSEL

---

Pursuant to Local Rule 7.01(a)(1), the undersigned counsel met and conferred with moving counsel regarding the motion to substitute counsel that such counsel has now filed. Given the complexities of the circumstances and the intertwined nature of the motion with the merits of the question presently before the Court, *i.e.*, the validity of the 2026 Act, the undersigned counsel will file a response to the motion within 14 days (by July 20, 2026) pursuant to LR 7.01(a)(3).

Respectfully submitted,

*/s/ Phillip F. Cramer*
PHILLIP F. CRAMER (#020697)
W. CAMPBELL HAYNES (#038055)
SPERLING KENNY NACHWALTER LLC
1221 Broadway, Suite 2140
Nashville, Tennessee 37203
pcramer@sperlingkenny.com
chaynes@sperlingkenny.com

## CERTIFICATE OF SERVICE

I certify that on July 7, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, which includes:

Wallace W. Dietz
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
wally.dietz@nashville.gov

Robert E. Cooper, Jr.
Jeffrey P. Yarbro
Wesley S. Love
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200
bob.cooper@bassberry.com
jyarbro@bassberry.com
wesley.love@bassberry.com

Tyler S. Sanders
Laurel K. Hall
Office of the Tennessee Attorney General
Financial Division
P.O. Box 20207
Nashville, TN 37202
(615) 313-5789
(615) 532-7867
tyler.sanders@ag.tn.gov
laurel.hall@ag.tn.gov

George H. Cate III
James L. Murphy III
Timothy A. Rodriquez
1221 Broadway, Suite 2400
Nashville, TN 37203
(615) 244-2582
gcate@bradley.com
jmurphy@bradley.com
trodriguez@bradley.com

*/s/ Phillip F. Cramer*

3