**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, and the METROPOLITAN NASHVILLE AIRPORT AUTHORITY, | ) ) ) ) | |
| | ) | NO. 3:26-cv-00793 |
| Plaintiffs, | ) | |
| | ) | JUDGE CAMPBELL |
| v. | ) | MAGISTRATE JUDGE HOLMES |
| | ) | |
| BILL LEE, in his official capacity as Governor of the State of Tennessee; RANDY McNALLY, in his official capacity as speaker of the Senate of the State of Tennessee; and CAMERON SEXTON, in his official capacity as Speaker of the House of Representatives of the State of Tennessee | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court became aware of Plaintiff Metropolitan Government of Nashville and Davidson County, Tennessee's ("Metro") petition filed in Case No. 26-1178 in the U.S. Circuit Court of Appeals for the District of Columbia Circuit on July 1, 2026, and its subsequently filed notice identifying *In re: Chattanooga Metropolitan Airport Authority and City of Chattanooga, Tennessee*, Case No. 26-1166, as a related case involving the same or similar issues.

In the interest of judicial economy, this case is **STAYED** pending resolution of Metro's petition to the D.C. Circuit. Accordingly, the hearing scheduled for Wednesday, August 5, 2026, on the motion for preliminary injunction is **CANCELED**. Counsel for Metro shall notify this Court of any rulings by the D.C. Circuit in either of the cases identified above.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE