**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

THE METROPOLITAN GOVERNMENT
OF NASHVILLE AND DAVIDSON
COUNTY, TENNESSEE and the
METROPOLITAN NASHVILLE AIRPORT
AUTHORITY,

        Plaintiffs,

v.

BILL LEE, in his official capacity as
Governor of the State of Tennessee; RANDY
McNALLY, in his official capacity as
Speaker of the Senate of the State of
Tennessee; and CAMERON SEXTON, in his
official capacity as Speaker of the House of
Representatives of the State of Tennessee,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.: 3:26-cv-00793**

**Chief Judge Campbell**

---

### PLAINTIFF METRO NASHVILLE'S MOTION TO LIFT STAY

---

Plaintiff the Metropolitan Government of Nashville and Davidson County ("Metro Nashville") respectfully moves the Court to lift the stay entered on July 8, 2026 (Dkt. #34) and to grant, or alternatively, to rule, on the fully briefed motion for a preliminary injunction (Dkt. #3). In support, Metro Nashville states as follows:

1.      On June 10, 2026, Plaintiffs moved for a preliminary injunction to prevent the State Officer Defendants from implementing the 2026 Act's disputed change of airport governance without the FAA approval required by Section 757 of the 2024 FAA Reauthorization Act. (Dkt. #3.) Briefing was completed on June 22, 2026. (Dkt. #22.)

2. On July 8, 2026, the Court stayed this action *sua sponte* pending resolution of Metro Nashville's petition for review in the D.C. Circuit. (Dkt. #34.)

3. The circumstances supporting the stay have materially changed. In its response to Metro Nashville's emergency motion, the FAA confirmed it has not approved the State-appointed board, acknowledged that Section 757 bars the FAA from approving a disputed change of airport sponsorship during pending litigation, and identified this action as the appropriate venue for resolving the dispute. A copy of the FAA submission is attached as Exhibit 1 to this Motion. On July 27, 2026, the D.C. Circuit denied Metro Nashville's motion for interim relief without reaching the merits. (Dkt. #38, Ex. B.)

4. Because the D.C. Circuit proceeding cannot resolve the questions at issue in this case, the stay serves no judicial economy interest and causes ongoing, irreparable harm to both the public and Metro Nashville. Metro Nashville accordingly requests that the Court rule on Plaintiffs' Motion for Preliminary Injunction. Continued deferral while the disputed change of airport sponsorship is implemented operates as a refusal of the preliminary injunctive relief sought.

5. The grounds for this motion are set forth more fully in the accompanying Memorandum in Support, filed herewith and incorporated by reference. *See* LR 7.01(a).

6. Certification Pursuant to Local Rule 7.01(a)(1). Counsel for Metro Nashville has conferred with all other counsel regarding the relief requested in this motion. Counsel of record for MNAA does not oppose the motion. Counsel for State Officer Defendants stated that the State Officer Defendants would oppose the motion.

7. As a courtesy, counsel for Metro Nashville provided notice of this motion to counsel appearing for the movants in the pending motion to substitute counsel (Dkt. #28), which remained pending at the time of the stay. Movants' counsel advised that because they have asked

2

the Court to dismiss MNAA from this action, they take no position on Metro Nashville's motion to lift the stay. Metro Nashville reports that response for the Court's information. In doing so, Metro Nashville makes no representation that movants' counsel represents a party to this action and reserves all arguments in response to the motion to substitute counsel (Dkt. #28) and motion to dismiss MNAA from this action (Dkt. #29).

WHEREFORE, Metro Nashville respectfully requests that the Court:

(1) lift the stay entered July 8, 2026 (Dkt. #34);

(2) grant Plaintiffs' motion for a preliminary injunction prohibiting the State Officer Defendants from implementing the 2026 Act unless and until the disputed change has been approved by the FAA as Section 757 requires (Dkt. 3);

(3) in the alternative to (2), Metro Nashville requests that the Court lift the stay and rule on the pending motion for preliminary injunction (Dkt. 3);

(4) direct that any responses to the motions filed on July 6, 2026 be filed within twelve (12) days after entry of the order lifting the stay, reflecting the period remaining under Local Rule 7.01(a)(3) when the stay was issued; and

(5) grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

DEPARTMENT OF LAW OF THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY
TYLER CHANCE YARBRO (#023553)
DIRECTOR OF LAW

*/s/ Tyler Chance Yarbro*
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
tyler.yarbro@nashville.gov

3

*/s/ Jeffrey P. Yarbro*

BASS, BERRY & SIMS, PLC
ROBERT E. COOPER, JR. (#010934)
JEFFREY P. YARBRO (#024207)
WESLEY S. LOVE (#036860)
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200
bob.cooper@bassberry.com
jyarbro@bassberry.com
wesley.love@bassberry.com

*Counsel for Metro Nashville*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on July 31, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, which includes:

Phillip F. Cramer
W. Campbell Haynes
SPERLING KENNY NACHWALTER LLC
1221 Broadway, Suite 2140
Nashville, Tennessee 37203
pcramer@sperlingkenny.com
chaynes@sperlingkenny.com

*Counsel of Record for MNAA*

Tyler S. Sanders
Laurel K. Hall
Office of the Tennessee Attorney General
Financial Division
P.O. Box 20207
Nashville, TN 37202
tyler.sanders@ag.tn.gov
laurel.hall@ag.tn.gov

*Counsel for State Officer Defendants*

George H. Cate III
James L. Murphy III
Timothy A. Rodriguez
Bradley Arant Boult Cummings, LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
gcate@bradley.com
jmurphy@bradley.com
trodriguez@bradley.com

*Counsel for Movants in Motion to Substitute*

/s/ Wesley S. Love

5