# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE and the METROPOLITAN NASHVILLE AIRPORT AUTHORITY,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**BILL LEE, in his official capacity as Governor of the State of Tennessee; RANDY McNALLY, in his official capacity as Speaker of the Senate of the State of Tennessee; and CAMERON SEXTON, in his official capacity as Speaker of the House of Representatives of the State of Tennessee,**<br><br>**Defendants.** | **No. 3:26-cv-00793**<br><br>**Chief Judge Campbell** |

**DECLARATION OF DOUGLAS E. KREULEN, A.A.E.**

I, Douglas E. Kreulen, A.A.E., hereby declare and state as follows:

1. I am over 18 years of age and am competent to provide the testimony set forth herein. Unless otherwise stated, the information provided herein is based upon my personal knowledge.

2. I am the President and Chief Executive Officer of the Metropolitan Nashville Airport Authority ("MNAA"), a role I have held since December 2017. Prior to assuming that role, I served as Chief Operating Officer of MNAA, where I oversaw the Operations, Facilities Maintenance, Public Safety, and Development and Engineering departments for both the Nashville International Airport ("BNA") and the John C. Tune Airport ("JWN"). Prior to joining MNAA, I was the Director of Operations for the Huntsville International Airport for four years and, before that, I served in the United States Air Force for 27 years, earning the rank of Colonel.

3. As the President and Chief Executive Officer, I am responsible for overseeing the staff of the MNAA. The day-to-day operations of BNA and JWN are managed by the staff of MNAA, under my supervision. Since July 1, 2026, there have not been any changes in the operations of BNA or JWN by the staff of MNAA. Passenger flights to and from BNA have operated normally. The execution and management of agreements with third parties that are necessary for the smooth operation of both BNA and JWN have proceeded normally. Since July 1, 2026, no other operations at BNA or JWN have been disrupted, and there has been no disruption in the delivery of any services to the public who use these airports on a daily basis. Since July 1, 2026, MNAA has safely supported more than 40,000 flights into Federal Aviation Administration ("FAA") regulated airspace at BNA and JWN. Further, Since July 1, 2026, MNAA has safely moved more than 3.2 million passengers at BNA in accordance with FAA and Transportation Security Administration regulations.

4. Since July 1, 2026, MNAA has continued to receive grant funding from the FAA pursuant to grant agreements that MNAA and the FAA entered into before July 1, 2026. Moreover, MNAA and the FAA have recently entered into new grant agreements. On July 27, 2026, Rans D. Black, the Acting Manager, MEM-ADO for the FAA, transmitted to me by email a Grant Agreement Offer from The United States of America (acting through the FAA), to MNAA, as Sponsor, for Airport Improvement Program (AIP) Project No. 3-47-0055-131-2026 in the amount of $165,983.00 to fund the acquisition of 70 vehicle movement area transmitters for BNA. Mr. Black had signed the Grant Offer on behalf of the United States of America (acting through the FAA). On July 27, 2026, I signed the Acceptance of the Grant Agreement Offer on behalf of the MNAA and transmitted the fully executed Grant Agreement to Mr. Black.

5. On July 27, 2026, Mr. Black also transmitted to me by email a Grant Agreement Offer from The United States of America (acting through the FAA), to MNAA, as Sponsor, for Airport Improvement Program (AIP) Project No. 3-47-0055-129-2026 in the amount of $1,562,109.00 to fund the reconstruction of the Runway 2C/20C blast pad at BNA. Mr. Black had signed the Grant Offer on behalf of the United States of America (acting through the FAA). On July 27, 2026, I signed the Acceptance of the Grant Agreement Offer on behalf of the MNAA and transmitted the fully executed Grant Agreement to Mr. Black.

6. On July 27, 2026, Mr. Black also transmitted to me by email a Grant Agreement Offer from The United States of America (acting through the FAA), to MNAA, as Sponsor, for Airport Improvement Program (AIP) Project No. 3-47-0055-130-2026 in the amount of $8,372,831.00 to fund the expansion of taxiways A/K, B1/B, B/K, B/L and K/T4 at BNA. Mr. Black had signed the Grant Offer on behalf of the United States of America (acting through the FAA). On July 27, 2026, I signed the Acceptance of the Grant Agreement Offer on behalf of the MNAA and transmitted the fully executed Grant Agreement to Mr. Black.

7. On July 29, 2026, I executed, on behalf of MNAA and as authorized by MNAA's Board of Commissioners at its regularly scheduled meeting on July 15, 2026, a STANDARD SPACE LEASE Between THE UNITED STATES OF AMERICA, DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION, And THE METROPOLITAN NASHVILLE AIRPORT AUTHORITY, FAA CONTRACT NO: 69435Z-26-L-00002, for the lease by the FAA of approximately 2,177 square feet of office space at 612 Hangar Lane, Nashville, Tennessee 37217, situated on the east side of BNA (hereinafter, the "Lease"). On July 30, 2026, Antoinette D. Perez, Real Estate Contracting Officer for the FAA, executed the Lease on behalf of the FAA.

I declare under penalty of perjury that the foregoing is true and correct.

DOUGLAS E. KREULEN, A.A.E

August 11, 2026

DATE