**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE and the METROPOLITAN NASHVILLE AIRPORT AUTHORITY,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No.: 3:26-cv-00793** |
| **BILL LEE, in his official capacity as Governor of the State of Tennessee; RANDY McNALLY, in his official capacity as Speaker of the Senate of the State of Tennessee; and CAMERON SEXTON, in his official capacity as Speaker of the House of Representatives of the State of Tennessee,** | ) | **Chief Judge Campbell** |
| **Defendants.** | ) | |

---

**NOTICE OF FILING**

---

Plaintiff the Metropolitan Government of Nashville and Davidson County ("Metro Nashville") hereby files the following documents in support of the pending Motion for Preliminary Injunction (Dkt. #3) and Motion to Lift Stay (Dkt. #40). These documents reflect actions taken by the board of commissioners appointed pursuant to 2026 Tenn. Pub. Acts ch. 978 (the "2026 Act") since the Act's effective date of July 1, 2026:

**Exhibit 1,** Public Notice (Jul. 1, 2026);

**Exhibit 2,** Board of Commissioners Agenda (Jul. 6, 2026);

**Exhibit 3,** Board of Commissioners Meeting Minutes (Jul. 6, 2026);

**Exhibit 4,** Board Packet (Jul. 15, 2026);

**Exhibit 5,** Board of Commissioners Meeting Minutes (Jul. 15, 2026);

**Exhibit 6,** Board Packet (Aug. 19, 2026); and

**Exhibit 7,** Presentation (Aug. 19, 2026).

The summaries below are provided without argument.

**A. <u>July 6, 2026 Special Meeting.</u>**

On July 1, 2026, notice was issued for a specially called meeting of the State-appointed board for July 6, 2026. *See* **Exhibit 1**, Public Notice (July 1, 2026). Action items included:

1. Election of Board officers.
2. Committee structure and appointments.
3. Adoption of MNAA Resolution No. 2026-07.

*See* **Exhibit 2**, Board of Commissioners Agenda (July 6, 2026). Five of the six State-appointed commissioners attended. Stuart McWhorter was absent. *See* **Exhibit 3**, Board of Commissioners Meeting Minutes (July 6, 2026). Appointee Granbery was elected as chair, Appointee McWhorter was elected as vice-chair. Appointee Joslin was elected as secretary. *Id.* All officer elections passed 5–0, as did the adoption of MNAA Resolution No. 2026-07, which states the board's withdrawal of opposition to the 2026 Act, directs termination of MNAA participation in litigation; directs discharge of counsel of record; and directs delivery of the resolution to the FAA. *Id.*[1]

**B. <u>July 15, 2026 Meeting.</u>**

The State-appointed board held a meeting on July 15, 2026. Action items included:

1. Appointment to the Arts at the Airport Foundation Board of Directors.
2. Construction Contract for Terminal Apron Reconstruction at Taxiway Zulu/Yankee (Gate C4). Contractor: Hi-Way Paving, Inc. Amount: $3,733,407.50. Funding: 100% Bonds/Credit Facility.

---

[1] A copy of Resolution No. 2026-07, adopted at the July 6, 2026 meeting, was previously filed as Exhibit A to the Motion to Substitute Counsel (Dkt. #28-1).

3. FAA Lease Agreement for approximately 2,177 square feet of office space at the Gassaway Building, 612 Hangar Lane, Nashville.
4. VA Lease Agreement for approximately 9,007 square feet of office space at International Plaza Building, Suite 300.
5. Contract for Procurement Department Assessment. Contractor: North Highland Company, LLC. Amount: $1,010,310.

*See* **Exhibit 4**, Board Packet (July 15, 2026); *see also* Exhibit 5**,** Board of Commissioners Meeting Minutes (July 15, 2026). The minutes reflect the board's approval of the items described above. All action items passed by votes of 6 to 0. *Id.*

**C. <u>August 19, 2026 Meeting.</u>**

The State-appointed board held a meeting on August 19, 2026. Action items included:

1. CONRAC CGMP 4 of 6 (Parking Garage/Early CONRAC Procurement). Contractor: Messer Sundt JV. Amount: $375,000,000 (total program GMP: $980,000,000). Funding: 50% CFC / 50% MNAA.
2. Construction Contract for T4 Reconstruction. Contractor: The Harper Company. Amount: $16,354,156.49. Funding: 40% MNAA / 60% Federal.
3. Lease Agreement between MPC and Woods Personnel for Suite 101 at the IPB.
4. Lease Agreement between MPC and Woods Personnel for Suite 800 at the IPB.
5. Lease Agreement between MPC and Metro Government for Suite 825 at the IPB.
6. Letter of Intent (LOI) for the Acquisition of 7 acres in Nashville, TN (Finance) Purchase price: $2,000,000.
7. Letter of Intent (LOI) for the Acquisition of 25 acres in Nashville, TN (Finance) Purchase price: $5,920,000.
8. Amendment to CEO Contract Adding Cost of Living Adjustment ("COLA").

*See* **Exhibit 6**, Board Packet (Aug. 19, 2026). The minutes of this meeting will be published in a subsequent notice. The board also received a presentation. *See* **Exhibit 7**, Presentation (Aug. 19, 2026). The presentation includes program budget updates for four ongoing capital programs: Vision 1.0 ($1.305 billion); Vision 2.0 ($229.5 million); New Horizon I ($1.52 billion); and New Horizon II ($1.338 billion). Combined budgeted cost: approximately $4.39 billion. *Id.* The presentation states that there will be upcoming committee and board meetings on September 11 and 17, 2026 (non-standard dates), where anticipated action items include:

1. Construction Contract for Terminal Apron Stormwater Pipe Lining

2. Design Contract for R/W 2/20C and T/W Sierra Reconstruction
3. Design Contract Amendment 2 for 2L
4. Customer Facility Charge ("CFC") Increase, MNAA Resolution 2026-07
5. Fraport Concourse A Concessions Award
6. Concourse A Sublease Agreements
7. Commercial Ground Transportation Agreement
8. Letter of Intent (LOI) for the Acquisition of 10 acres in Nashville, TN
9. FY27 BNA CIP Amendment, MNAA Resolution 2026-08
10. FY26 CEO Performance Evaluation
11. FY27 CEO Performance KPI

*Id.*

Respectfully submitted,


DEPARTMENT OF LAW OF THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY
TYLER CHANCE YARBRO (#023553)
DIRECTOR OF LAW

*/s/ Tyler Chance Yarbro*
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
tyler.yarbro@nashville.gov

*/s/ Robert E. Cooper, Jr.*
BASS, BERRY & SIMS, PLC
ROBERT E. COOPER, JR. (#010934)
JEFFREY P. YARBRO (#024207)
WESLEY S. LOVE (#036860)
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200
bob.cooper@bassberry.com
jyarbro@bassberry.com
wesley.love@bassberry.com

*Counsel for Metro Nashville*

## CERTIFICATE OF SERVICE

I certify that on August 21, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, which includes:

Phillip F. Cramer
W. Campbell Haynes
SPERLING KENNY NACHWALTER LLC
1221 Broadway, Suite 2140
Nashville, Tennessee 37203
pcramer@sperlingkenny.com
chaynes@sperlingkenny.com

*Counsel of Record for MNAA*

Tyler S. Sanders
Laurel K. Hall
Office of the Tennessee Attorney General
Financial Division
P.O. Box 20207
Nashville, TN 37202
tyler.sanders@ag.tn.gov
laurel.hall@ag.tn.gov

*Counsel for State Officer Defendants*

George H. Cate III
James L. Murphy III
Timothy A. Rodriguez
Bradley Arant Boult Cummings, LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
gcate@bradley.com
jmurphy@bradley.com
trodriguez@bradley.com

*Counsel for Movants in Motion to Substitute*

*/s/ Robert E. Cooper, Jr.*