**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE and the METROPOLITAN NASHVILLE AIRPORT AUTHORITY,** | ) | |
| | ) | **Case No.: 3:26-cv-00793** |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Chief Judge Campbell** |
| **BILL LEE, in his official capacity as Governor of the State of Tennessee; RANDY McNALLY, in his official capacity as Speaker of the Senate of the State of Tennessee; and CAMERON SEXTON, in his official capacity as Speaker of the House of Representatives of the State of Tennessee,** | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING

Plaintiff the Metropolitan Government of Nashville and Davidson County ("Metro Nashville") hereby files the following documents in further support of the pending Motion for Preliminary Injunction (Dkt. #3) and Motion to Lift Stay (Dkt. #40). These documents reflect actions taken by the board of commissioners appointed pursuant to 2026 Tenn. Pub. Acts ch. 978 (the "2026 Act") since Metro Nashville's prior Notice of Filing (Dkt. #43):

**Exhibit 1,** Board of Commissioners Meeting Minutes (Aug. 19, 2026);

**Exhibit 2,** Public Notice of September 11, 2026 Special Meeting;

**Exhibit 3,** Board of Commissioners Special Meeting Minutes (Sept. 11, 2026);

**Exhibit 4,** Special Meeting Board Packet (Sept. 11, 2026);

**Exhibit 5,** Special Meeting PowerPoint Presentation (Sept. 11, 2026);

**Exhibit 6,** MNAA Media Statement following Special Meeting (Sept. 11, 2026);

**Exhibit 7,** Committee and Board Calendar (updated Sept. 2, 2026);

**Exhibit 8,** Meeting Board Packet (Oct. 21, 2026);

**Exhibit 9,** Meeting PowerPoint Presentation (Oct. 21, 2026);

**Exhibit 10,** Public Notice of October 21, 2026 Board Retreat;

**Exhibit 11,** Board Retreat Agenda (Oct. 21, 2026); and

**Exhibit 12,** Board Retreat PowerPoint Presentation (Oct. 21, 2026).

The summaries below are provided without argument.

### A. August 19, 2026 Meeting.

The State-appointed board held a meeting on August 19, 2026. Action items at the meeting included:

1. CONRAC CGMP 4 of 6 (Parking Garage/Early CONRAC Procurement). Contractor: Messer Sundt JV. Amount: $375,000,000 NTE;
2. Construction Contract for T4 Reconstruction. Contractor: The Harper Company. Amount: $16,354,156.49;
3. Lease Agreement between MPC and Woods Personnel for Suite 101 at the IPB;
4. Lease Agreement between MPC and Woods Personnel for Suite 800 at the IPB;
5. Lease Agreement between MPC and Metro Nashville for Suite 825 at the IPB;
6. Letter of Intent (LOI) for the Acquisition of 7 acres in Nashville, TN. Purchase price: $2,000,000. Appraisal: $2,050,000 (MNAA);
7. Letter of Intent (LOI) for the Acquisition of 25 acres in Nashville, TN. Purchase price: $5,920,000. Appraisals: $5,250,000 (MNAA); $6,750,000–$7,000,000 (seller); $5,350,000–$5,920,000 (mutually agreed appraiser); and
8. Amendment to CEO Contract Adding Cost of Living Adjustment ("COLA").

*See* **Exhibit 1**, Board of Commissioners Meeting Minutes (Aug. 19, 2026). Commissioners Granbery, McWhorter, Joslin, Giarratana, Cheadle, and Cavin attended. *Id.* The minutes reflect the board's approval of the items described above and of the minutes of the July 6 and July 15,

2026 meetings. All action items passed by votes of 6 to 0. *Id.* The board also met in executive session with counsel. *Id.*

**B. <u>September 11, 2026 Special Meeting</u>.**

Public notice was issued for a specially called meeting of the State-appointed board for September 11, 2026.[1] *See* **Exhibit 2**. Action items at the meeting included:

1. MNAA Resolution 2026-10, supporting changing the name of the Nashville International Airport to honor the late Dolly Parton and directing the President and CEO to begin the process to effectuate the change;
2. Construction Contract for Terminal Apron Stormwater Pipe Lining. Contractor: Vortex Services, LLC. Amount: $1,169,243. Funding: 100% Airline Fund;
3. Design Contract for R/W 2C/20C and T/W Sierra Reconstruction. Consultant: Kimley Horn. Amount: $12,198,916;
4. Design Contract Amendments 2–4 for 2L Extension. Consultant: Garver. Amount: $40,000,000 NTE;
5. Customer Facility Charge ("CFC") Increase from $10.00 to $12.00 per transaction day, effective January 1, 2027, MNAA Resolution 2026-08;
6. FY27 BNA Capital Improvement Plan Amendment, MNAA Resolution 2026-09. Amended FY27 budget: $443.4 million (from $475.6 million). Changes include adding Runway 2C/20C and Taxiway Sierra Reconstruction ($210 million) and increasing Runway 2L/20R Extension (Design) from $15 million to $40 million, offset by reducing the MNAA Campus project from $172 million to $50 million, removing the MNAA Warehouse/CSF project ($105.3 million), and removing five airfield projects ($74.4 million);
7. Twelfth Amendment to Lease and Concession Agreement with Fraport;
8. Subleases for Concourse A Concessions;
9. Letter of Intent (LOI) for the Acquisition of 10 acres in Nashville, TN. Purchase price: $2,642,603. Appraisals: $1,800,000 and $2,580,000–$2,810,000 (MNAA); $3,280,000 (seller);
10. Lease Agreement for 45 Airways Blvd. and 109 Air Freight Blvd. in Nashville, TN (ground lease with a Fortune 200 company);

---

[1]Metro Nashville's prior notice stated that committee meetings would be held on September 11, 2026, with a board meeting on September 17, 2026. (Dkt. #43 at 3–4.) Instead, there was a single, special meeting of the board on September 11, 2026. The prior notice, based on the August 19, 2026 presentation, also identified the CFC increase and FY27 BNA Capital Improvement Plan amendment as MNAA Resolutions 2026-07 and 2026-08. (*Id.*) Those items were adopted as MNAA Resolutions 2026-08 and 2026-09, respectively. *See* **Exhibit 3**, Board of Commissioners Special Meeting Minutes (Sept. 11, 2026). MNAA Resolution No. 2026-07 is the resolution adopted at the July 6, 2026 meeting related to the instant litigation. (Dkt. #43 at 2.)

11. International Air Service Incentive (Volaris). Amount: up to $2,100,000;
12. FY26 CEO Performance Evaluation. Approved: award of 104.9% of the CEO's bonus under his contract and an additional one-time bonus of 25% of FY26 salary; and
13. FY27 CEO Performance KPIs.

*See* **Exhibit 4**, Special Meeting Board Packet (Sept. 11, 2026); *see also* **Exhibit 3**, Board of Commissioners Special Meeting Minutes (Sept. 11, 2026). Commissioners Granbery, McWhorter, Joslin, Giarratana, Cheadle, and Cavin attended. *Id.* The minutes reflect the board's approval of the items described above. All action items passed by votes of 6 to 0, except the Concourse A subleases, which passed 5 to 0 with Vice Chair McWhorter recused. *Id.* The board also received a presentation. *See* **Exhibit 5**, Special Meeting PowerPoint Presentation (Sept. 11, 2026). The presentation includes the Governor's August 28, 2026 press release announcing the intent to name the airport in honor of Dolly Parton, and states that the October 21, 2026 meeting schedule would include a board meeting at 9:00 a.m. and a board retreat at 11:00 a.m. *Id.* MNAA issued a statement following the meeting regarding the vote on Resolution 2026-10. *See* **Exhibit 6**, MNAA Media Statement (Sept. 11, 2026).

**C. <u>October 21, 2026 Meeting and Board Retreat</u>.**

MNAA's Committee and Board Calendar gives notice of a board meeting and retreat on October 21, 2026, from 9:00 a.m. to 3:00 p.m. *See* **Exhibit 7**, Committee and Board Calendar (updated Sept. 2, 2026). The State-appointed board held a meeting on October 21, 2026, at 9:00 a.m. Action items included:

1. CONRAC CGMP 5 of 6. Contractor: Messer Sundt JV. Amount: $175,000,000 NTE. Funding: MNAA, CFC;
2. Piedmont Invoice for TARI Phase 2. Amount: $1,066,191.61;
3. Selection of Ramp Control Services Provider. Contractor: Robinson Aviation (RVA), Inc. Amount: $16,643,504 (three years with two one-year renewal options);
4. Commercial Ground Transportation Agreement (permits that may exceed $500,000 in revenue);

5. Contract for Advertising and Marketing. Contractor: 5by5 Marketing Agency. Amount: $2,498,000;
6. Notice of Lease Termination for 1415 Murfreesboro Pike, MNAA Resolution 2026-11. Tenant: Metro Nashville. Termination effective: October 21, 2028;
7. Purchase of 25 acres of 7200 Cockrill Bend Blvd., Nashville, TN, and Amendment to FY27 JWN Capital Improvement Plan to add the acquisition for $15,600,000. Seller: State of Tennessee. Purchase price: $15,500,000. Appraisals: $9,150,000 and $10,345,500–$13,340,250 (MNAA); $15,500,000 (Tennessee State University); $15,500,000 (State; appraiser not identified; value only provided to MNAA). Funding: BNA funds and $3,776,806 of BNA state funds; and
8. Board Counsel Letter of Engagement. Budget: $120,000 per six months. Expanded scope includes matters relating to CEO employment, including contract, compensation, performance evaluation, and succession planning.

*See* **Exhibit 8**, Meeting Board Packet (Oct. 21, 2026). The minutes of this meeting will be filed in a subsequent notice. The board also received a presentation. *See* **Exhibit 9**, Meeting PowerPoint Presentation (Oct. 21, 2026).

Notice was also issued for a board retreat on October 21, 2026, at 11:00 a.m. *See* **Exhibit 10**, Public Notice of October 21, 2026 Board Retreat. The retreat agenda lists informational items only. *See* **Exhibit 11**, Board Retreat Agenda (Oct. 21, 2026). The board received a presentation at the retreat. *See* **Exhibit 12**, Board Retreat PowerPoint Presentation (Oct. 21, 2026). The morning session addressed John C. Tune Airport, including an update to the airport layout plan that changes the critical aircraft classification from C-II (example: Gulfstream G-III) to D-III (example: Gulfstream G650); construction of a mid-field fixed base operator facility by Atlantic Aviation; and loans from BNA to John C. Tune Airport totaling $40,704,538, including $15,600,000 for the State of Tennessee property. *Id.* The afternoon session addressed BNA capital projects, including revised costs and opening dates for New Horizon I and II projects; total capital funding requirements of $5.28 billion, of which $2.35 billion remains to be funded; and future projects including the reconstruction and extension of Runway 2L/20R ($1.2 billion) and Terminal II development. *Id.*

Respectfully submitted,

DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
TYLER CHANCE YARBRO (#023553)
DIRECTOR OF LAW

*/s/ Tyler Chance Yarbro*
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
tyler.yarbro@nashville.gov

*/s/ Robert E. Cooper, Jr.*
BASS, BERRY & SIMS, PLC
ROBERT E. COOPER, JR. (#010934)
JEFFREY P. YARBRO (#024207)
WESLEY S. LOVE (#036860)
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200
bob.cooper@bassberry.com
jyarbro@bassberry.com
wesley.love@bassberry.com

*Counsel for Metro Nashville*

## CERTIFICATE OF SERVICE

I certify that on October 30, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, which includes:

Phillip F. Cramer
W. Campbell Haynes
SPERLING KENNY NACHWALTER LLC
1221 Broadway, Suite 2140
Nashville, Tennessee 37203
pcramer@sperlingkenny.com
chaynes@sperlingkenny.com

*Counsel of Record for MNAA*

Tyler S. Sanders
Laurel K. Hall
Office of the Tennessee Attorney General
Financial Division
P.O. Box 20207
Nashville, TN 37202
tyler.sanders@ag.tn.gov
laurel.hall@ag.tn.gov

*Counsel for State Officer Defendants*

George H. Cate III
James L. Murphy III
Timothy A. Rodriguez
Bradley Arant Boult Cummings, LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
gcate@bradley.com
jmurphy@bradley.com
trodriguez@bradley.com

*Counsel for Movants in Motion to Substitute*

*/s/ Robert E. Cooper, Jr.*